UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRYAN EDWARD CARRELL, CONRICK
PROPERTIES, LLC; JOHN S. GLISSON;
KAREN G. GLISSON; JON S. KURPIL and
SHEILA M. KURPIL,

                **Plaintiffs,**

-vs-                                      Case No. 6:09-cv-1112-Orl-31KRS

IMAGINE PHASE ONE DEVELOPMENT
LIMITED PARTNERSHIP; OVILA
PHASE ONE CORPORATION; and
PLAYGROUND DESTINATION
PROPERTIES, INC.,

                **Defendants.**

## ORDER

Pursuant to Local Rule 1.04(b), this case is hereby **TRANSFERRED** to Judge Mary Scriven for consideration along with *Brown v. Imagine Phase One Development Limited Partnership*, Case No. 6:09-cv-1111-MSS-KRS..

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 8, 2009.

                                                          GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party